## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

In re:     Irene L Lehane                                                        Case No.  14–51459–KMS
                                                                                  Chapter 13

          DEBTOR.

To:     Irene L. Lehane


## NOTICE OF DEFICIENCY

**NOTICE IS HEREBY GIVEN** that upon review of the schedules and the creditor list/matrix, the following deficiency(ies) were found and require immediate action:

- ☑ Government agency found in the schedules and/or on the creditor list/matrix, but is not listed on the creditor list/matrix in care of the U.S. Attorney for the district in which the case is filed. *See Miss. Bankr. L. R. 2002–1(j).*

- ☐ U.S. Attorney is listed on the creditor list/matrix, but does not contain the name of the government agency within the address. *See Miss. Bankr. L. R. 2002–1(j).*

**THEREFORE**, you must file an amended creditor list/matrix adding the government agency in care of the U.S. Attorney for the district in which the case is filed.

*There is no fee to add the name and address of an attorney for a creditor already listed in the original schedules. Therefore, to prevent a filing fee charge, file the amended matrix using the docket event [Bankruptcy> Other> Matrix] and select "Amended" from the drop down prefix box.*

Additionally, if the Notice of Meeting of Creditors is issued prior to complying with this deficiency notice or if the Notice of Meeting of Creditors was previously issued, you must:

1. Serve a copy of the first notice of meeting of creditors, with the debtor's full social security account number, to the U.S. Attorney. *See. Fed. R. Bankr. P. 2002(j).*

2. File a Certificate of Service upon completion of the mailing with the Court using the docket event *[Bankruptcy> Other> Certificate of Service]. The notice of the meeting of creditors attached to the Certificate of Service and filed with the Court must have the debtor's social security number redacted.*

**YOU ARE FURTHER NOTIFIED** that failure to correct the above deficiency within fourteen (14) days from the date of this notice, may result in a show cause hearing why sanctions should not be imposed for failure to comply with Fed. R. Bankr. P. 2002(j) and Miss. Bankr. L. R. 2002–1(j).

Dated: 9/23/14                                              Danny L. Miller, Clerk of Court
                                                            Dan M. Russell, Jr. U.S. Courthouse
                                                            2012 15th Street, Suite 244
                                                            Gulfport, MS 39501
                                                            228–563–1790